JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN COOPER,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL MOTORS LLC,<br><br>  Defendant. | Case No. 5:23-cv-00328-CV (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendant General Motors LLC, and the action is DISMISSED WITH PREJUDICE. The court orders that such judgment be entered.

IT IS SO ORDERED.

DATED: 4/23/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE